WILLIAM METTING v. NORTH JERSEY STREET RAILWAY
COMPANY.

Argued February 19, 1903—Decided June 12, 1903.

The trial judge properly refused to order a nonsuit where it would only have been done by entirely disregarding the testimony submitted on the part of the plaintiff.

On error to Essex Circuit.

Before GUMMERE, CHIEF JUSTICE, and Justices FORT, HENDRICKSON and PITNEY.

For the plaintiff in error, *Chauncy H. Beasley.*

For the defendant in error, *Samuel Kalisch.*

PER CURIAM.

The only assignment of error argued by counsel is upon the refusal of the trial judge to order a nonsuit at the close of the plaintiff's case.

This could only have been done by entirely disregarding the testimony submitted on the part of the plaintiff, on the ground that it was unworthy of belief. It was for the jury, not for the trial court, to pass upon the question of credibility.

The judgment should be affirmed.